# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| COMERICA LEASING CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WILDWOOD INDUSTRIES, INC., GARY ) <br> K. WILDER, AND TONI JO WILDER, ) <br> ) <br> Defendants. ) | Case No. 09-cv-1099 |

## O P I N I O N and O R D E R

Before the Court is the Motion to Place this Case on Bankruptcy Calendar filed by Plaintiff, Comerica Leasing Corporation, on January 12, 2010 [Doc. 17]. Plaintiff requests that this Court place this case on the "Bankruptcy Calendar." The Court assumes Plaintiff is requesting that this matter continue in its current posture, i.e. under a bankruptcy stay, rather than be dismissed pursuant to Local Rule 16.1(D)(3), because of Plaintiff's pending motion for relief from the automatic stay in the bankruptcy case.

The Motion is GRANTED. The bankruptcy stay shall remain in effect until the bankruptcy court has ruled on the pending motion to lift the automatic stay. Plaintiff to file a status report to that effect on July 31, 2010. The status conference set in this matter for January 15, 2010 is hereby VACATED.

Entered this 14th day of January, 2010

s/ Joe B. McDade
JOE BILLY MCDADE
United States District Judge